IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATASHA R. GALLIEN                                                                          PLAINTIFF

v.                           Civil No. 10-2157

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 6th day of January 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**